```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 JAMES FUTRELL,                                                 :
                                                                :
                                    Plaintiff,                  :
                                                                :        20-CV-1272 (VEC)
                     -against-                                  :
                                                                :            ORDER
 1K BLESSINGS BARBER SHOP, GOOD YEAR                            :
 BRAIDING CORP. and 381 WEST 125 STREET                         :
 LLC                                                            :
                                                                :
                                    Defendants.                 :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _06/18/2020_

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial conference is currently scheduled for June 19, 2020;

WHEREA Defendants' time to respond to the Complaint has been stayed pending the initial conference;

WHEREAS Defendants have failed to appear, and the parties have failed to file joint pre-conference submissions as directed;

IT IS HEREBY ORDERED THAT the initial conference on June 19 is CANCELLED. The Defendants must either answer or otherwise respond to the Complaint by **July 10, 2020**. If Defendants do not appear by July 10, 2020, Plaintiff must seek a default judgment in accordance with the undersigned's Individual Practices, no later than **July 24, 2020**. Plaintiff is warned that failure to comply with these deadlines may result in sanctions up to and including dismissal of this case for failure to prosecute.

Plaintiff must serve a copy of this Order on Defendants by **June 26, 2020**, and file proof of service by **June 30, 2020**.

**SO ORDERED.**

Date:   **June 18, 2020**                                                                  _____
        **New York, New York**                                                           **VALERIE CAPRONI**
                                                         **United States District Judge**