```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 JAMES FUTRELL,                                                :
                                                               :
                                    Plaintiff,                 :
                                                               :
                      -against-                                :
                                                               :
 1K BLESSINGS BARBER SHOP, GOOD YEAR                           :
 BRAIDING CORP. and 381 WEST 125 STREET                        :
 LLC                                                           :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2020
```

20-CV-1272 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court ordered Plaintiff to seek a default judgment no later than July 24, 2020, Dkt. 6;

WHEREA the Court warned that failure to seek a default would result in a dismissal of the case for failure to prosecute, *id.*; and

WHEREAS Plaintiff has failed to take any steps to seek a default judgment to date;

IT IS HEREBY ORDERED THAT this action is DISMISSED with prejudice for failure to prosecute.

The Clerk of Court is respectfully directed to terminate all pending motions and deadlines and close the case.

**SO ORDERED.**

**Date: August 30, 2020**　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
**New York, New York**　　　　　　　　　　　　　　　　　　　　　**United States District Judge**